PATRICK P. SHEN
Special Counsel for Immigration
Related Unfair Employment Practices
ROBIN M. STUTMAN
Special Litigation Counsel
MICHAEL RANK
Senior Trial Attorney
California Bar Number: 211504
 Office of Special Counsel
 for Immigration Related Unfair
 Employment Practices
 950 Pennsylvania Ave., N.W., NYAV, Room 9000
 Washington, District of Columbia 20530
 Telephone: (202) 305-1447
 Facsimile: (202) 616-5509
 michael.rank@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, OFFICE OF SPECIAL COUNSEL FOR IMMIGRATION RELATED UNFAIR EMPLOYMENT PRACTICES<br><br> Plaintiff<br><br> v.<br><br>JM Automotive Group, Inc./ Superior 1 Auto Sales, Inc., d/b/a Superior 1 Kia<br><br> Defendant. | NO. **2:08-cv-07593-FMC-CTx**<br><br><u>ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE REQUIRED TO COMPLY WITH ADMINISTRATIVE SUBPOENA</u> |

 Upon the application of Plaintiff United States of America, and based upon said Plaintiff's Memorandum and Declarations of Debra R. Williams and Michael Rank in support thereof, and sufficient cause appearing:

 IT IS HEREBY ORDERED that Defendant JM Automotive Group, Inc./Superior 1 Auto Sales, Inc., d/b/a Superior 1 Kia,

show cause, if any there be, why this Court should not issue Plaintiff's [Proposed] Order for Defendant to Comply with Administrative Subpoena, requiring said Defendant to mail by certified mail the documents described below to: Debra R. Williams, Office of Special Counsel for Immigration-Related Unfair Employment Practices, U.S. Department of Justice, 950 Pennsylvania Avenue, NW. NYAV, Suite 9000, Washington, DC 20530, within 30 days of said Order, which was duly issued in the Matter of JM Automotive Group, Inc./Superior 1 Auto Sales, Inc., d/b/a Superior 1 Kia.

IT IS FURTHER ORDERED that any Opposition by Defendant to the issuance of Plaintiff's "[Proposed] Order for Defendant to Comply with Administrative Subpoena" shall be filed and served upon Plaintiff no later than 7 days after the service of this Order on Defendant, and that any Reply by Plaintiff to such Opposition shall be filed and served no later than 7 days after the receipt by Plaintiff of Defendant's Opposition.  The matter will then be submitted for decision without a hearing.

The failure by Defendant to file and serve a timely Opposition may be deemed a consent to the issuance of Plaintiff's "[Proposed] Order for Defendant to Comply with Administrative Subpoena".

Plaintiff's counsel shall, upon receipt of this order, serve it on Defendant's counsel by telefax and by overnight delivery.

DATED: November 21, 2008

_____
UNITED STATES DISTRICT JUDGE

2